*W. O. Dean, solicitor-general,* contra.

---

### 16144. SOUTHERN RAILWAY COMPANY *v.* MEERS.

PER CURIAM. None of the special grounds of the motion for a new trial shows reversible error. There is some evidence to support the verdict, which has the approval of the trial judge, and the judgment is

*Affirmed. Broyles, C. J., and Bloodworth, J., concur. Luke, J., dissents.*

DECIDED JUNE 9, 1925.

Damages; from Whitfield superior court—Judge Tarver. December 13, 1924.

Application for certiorari was denied by the Supreme Court.

*Maddox, Maddox & Mitchell,* for plaintiff in error.

*William E. & Gordon Mann,* contra.